IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|       Plaintiff, | ) | 8:04cr539 |
| v. | ) | |
| KENNETH KOEHLER, | ) | ORDER |
|       Defendant. | ) | |

The Clerk's Office has requested that Document Number 29 be stricken from the record for the following reason(s):

- Duplicate document of number 16.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 29 from the record.

DATED this 11th day of May, 2005.

BY THE COURT:

s/F.A. Gossett
United States Magistrate Judge